Robert Volney JUSTICE,
Plaintiff—Appellant,

v.

SUPERIOR COURT OF the State of CALIFORNIA, County of San Diego, North County Branch; et al., Defendants—Appellees.

No. 07–56597.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed July 7, 2009.

Robert Volney Justice, Beverly Hills, CA, pro se.

Cheryl L. Brierton, San Diego Superior Court, San Diego, CA, for Defendants–Appellees.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Robert Volney Justice appeals pro se from the district court's order denying his Rule 60(b)(5) motion seeking to dissolve a vexatious litigant order entered against him in 2003. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *SEC v. Coldicutt*, 258 F.3d 939, 941 (9th Cir.2001). We affirm.

The district court did not abuse its discretion by denying the motion because Justice has not demonstrated any significant change either in factual conditions or in law, nor has he demonstrated that any changed circumstances have made his compliance substantially more onerous, unworkable because of unforeseen obstacles, detrimental to the public interest, or legally impermissible. *See id.* at 942.

Justice's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.